No. —— — ——.  AMIDON ET AL. *v.* WEINBERGER, SECRETARY OF DEFENSE, ET AL.  Motion to direct the Clerk to file a petition for writ of certiorari that does not comply with the Rules of this Court denied.

No. —— — ——.  CHEVRON U. S. A., INC. *v.* HAMMOND ET AL. Motion to direct the Clerk to file the petition for writ of certiorari out of time denied.

No. A–971 (83–6828).  PEPPER *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (CALIFORNIA, REAL PARTY IN INTEREST).  Ct. App. Cal., 2d App. Dist.  Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. 82–976.  CALIFORNIA *v.* HOWARD, 466 U. S. 957.  Respondent is requested to file a response to the petition for rehearing within 30 days.

No. 83–240.  LAWRENCE COUNTY ET AL. *v.* LEAD-DEADWOOD SCHOOL DISTRICT NO. 40–1.  Sup. Ct. S. D.  [Probable jurisdiction noted, 466 U. S. 903.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 83–727.  ALEXANDER, GOVERNOR OF TENNESSEE, ET AL. *v.* JENNINGS ET AL.  C. A. 6th Cir.  [Certiorari granted, 465 U. S. 1021.]  Motion of respondents to substitute Hershel Choate for Rosier Jennings, now deceased, is granted.

No. 83–1394.  UNITED STATES ET AL. *v.* LOCKE ET AL.  D. C. Nev.  [Probable jurisdiction noted, *ante*, p. 1225.]  Motion of the Solicitor General to dispense with printing the joint appendix granted.